**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL CASE NO. 26-31-DLB-CJS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **ORDER**

**NATHANIAL WIGFALL** **DEFENDANT**

*** *** *** ***

On October 1, 2026, Magistrate Judge Candace J. Smith, pursuant to referral and with the consent of the parties, conducted a rearraignment proceeding in this case during which Defendant Wigfall pleaded guilty to Count One of the Indictment pursuant to a written plea agreement. (*See* Docs. # 19 & 21). Pursuant to 28 U.S.C. § 636(b)(1), Judge Smith recommends that the Defendant's guilty plea be accepted. (*See* Doc. # 22). Neither side has objected to that Recommendation, and the time to do so has expired. Accordingly,

**IT IS ORDERED** that Magistrate Judge Smith's Recommendation to Accept Guilty Plea (Doc. # 22) is hereby **ADOPTED.** Defendant's Plea of Guilty to the Count One of the Indictment is hereby **ACCEPTED.**

**IT IS FURTHER ORDERED** that matter is set for **Sentencing** in this matter is rescheduled for **Monday, February 1, 2027 at 12:30 p.m. in Ashland**. Please note that this time is different than the time provided by the Magistrate Judge at the conclusion of the plea proceedings.

This 7th day of October, 2026.

**Signed By:**

***David L. Bunning*** *DB*

**Chief United States District Judge**